UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                                      CRIMINAL ACTION NO. 3:21-CR-00030-CHB
*-Electronically Filed-*

LARYNZO D. JOHNSON                                                                          DEFENDANT

## MOTION TO DISMISS

The United States moves to dismiss the Indictment without prejudice. See DN 7, L. Johnson Indictment. On December 15, 2020, the United States District Court for the Western District of Kentucky issued a criminal complaint and arrest warrant for Johnson for a violation of 18 U.S.C. 231(a)(3) (Civil Disorder). Due to COIVD-19, a grand jury was not available until February 24, 2021 when Johnson was indicted for a violation of 18 U.S.C. § 231(a)(3) (Civil Disorder).

Johnson was arrested by local authorities on September 23, 2020. On November 17, 2020, he was indicted in the Commonwealth of Kentucky with two violations of Kentucky Revised Statutes (KRS) 508.010 (Assault, 1st Degree Police Officer) and 24 counts of violations of KRS 508.060 (Wanton Endangerment 1st Degree Police Officer).

Johnson remained in state custody pending trial. On March 8, 2022, Johnson pleaded guilty in state court to the two Assault 1st counts and the 24 counts of wanton endangerment. He received a sentence of 13 years and 6 months total. The exact sentence was 13 years and 6 months concurrent for each count of Assault and 5 years concurrent on all 24 wanton endangerment

charges for a total concurrent sentence of 13 years and 6 months. He is currently incarcerated in Lee Adjustment Center in Beattyville, Kentucky.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

_s/Joshua Judd_____
Joshua Judd
Assistant U.S. Attorneys
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing mailed to the defendant at:

Larynzo D. Johnson
Lee Adjustment Center
168 Lee Adjustment Center Drive
Beattyville, KY 41311

_s/Joshua Judd_____
Joshua Judd
Assistant U.S. Attorney